IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ALEXANDRA HILL,

Plaintiff,

v. No. 1:24-cv-01191-JDB-jay

ROBERT INGRAM and
SAMONE SAIN

Defendants.

ORDER ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING MOTIONS FOR DEFAULT JUDGMENT

Before the Court are the motions for default judgment filed by Plaintiff, Alexandra Hill, as to Defendants, Robert Ingram and Samone Sain, proceeding pro se. (Docket Entry "D.E." 40; D.E. 41.) By an order of reference, the motions were referred to the United States magistrate judge for a report and recommendation and to hold a hearing as to the relief sought by Plaintiff, if necessary. (D.E. 43.) After holding a hearing and conducting a review, Judge Jon A. York entered a report and recommendation ("R&R") recommending that the Court grant both motions and enter judgment against Defendants. (D.E. 58 at PageID 234.) Defendants filed objections to the R&R (D.E. 59) to which Plaintiff responded (D.E. 62).

Plaintiff maintains that she was employed as a caregiver by Volcare Health Services ("Volcare"). (D.E. 8 at PageID 26-27.) Defendant Ingram was the President/COO of Volcare and Defendant Sain was the CEO of Volcare at all times relevant to this matter. (*Id.* at PageID 27.) Plaintiff filed this action under the Fair Labor Standards Act ("FLSA") on behalf of herself and all other similarly situated caregivers "to recover unpaid overtime compensation and other

damages . . . ." (*Id.* at PageID 26.) Nakhia Bailey, Mariah Cook, Ikimalicia Tyson Baskerville, Jason Baskerville, Keith Morgan, Alisha Stanley, Nakia Mercer Jr., and Rashunda Graves joined as Opt-in Plaintiffs following commencement of the lawsuit. (D.E. 10.)

Defendant Sain filed motions to dismiss on April 11, 2025 and May 9, 2025, (D.E. 19; D.E. 21), and Defendant Ingram filed a motion to dismiss on May 9, 2025 (D.E. 22). The Court denied all three motions on September 18, 2025. (D.E. 26; D.E. 27.) According to the docket, following the Court's decision, Defendants took no appeal and did not answer or otherwise defend. Therefore, the Clerk entered default on March 18, 2026 as to both defendants. (D.E. 37; D.E. 38.) Plaintiff then filed the motions for default judgment. (D.E. 40; D.E. 41.)

Judge York determined that Plaintiff "adequately pled an FLSA claim on her own behalf and on behalf of other similarly situated employees against Defendants" and that judgment should be entered against them. (D.E. 58 at PageID 233.) After considering Plaintiff's testimony as to her damages and reviewing the affidavits of the Opt-in Plaintiffs regarding their damages, Judge York determined that a total damages calculation of $312,939.80 was appropriate. (*Id.* at PageID 233-34.)

Congress enacted 28 U.S.C. § 636 to "relieve some of the burden on the federal courts by permitting the assignment of certain district court duties to magistrate[ judges]." *United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869-70 (1989)). Upon the filing of objections to a report and recommendation entered by a magistrate judge, the district judge is to "determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). *See also* 28 U.S.C. § 636(b)(1); LR 72.1(g)(2).

The Court has reviewed the R&R, Defendants' objections and Plaintiff's response, the applicable law, and all relevant portions of the record. Upon a thorough de novo review thereof, the Court determines that the objections are OVERRULED, the R&R is ADOPTED, and the motions for default judgment as to Robert Ingram (D.E. 40) and Samone Sain (D.E. 41) are GRANTED. *See Abousamra v. Kijakazi*, 656 F. Supp. 3d 701, 705 (E.D. Mich. 2023) ("If the court will adopt the R&R, then it may simply 'state that it engaged in a de novo review of the record and adopts the [R&R] . . . .'" (quoting *United States v. Robinson*, 366 F. Supp. 2d 498, 505 (E.D. Mich. 2005))); *see also* 12 *Wright & Miller's Federal Practice & Procedure* § 3070.2 (3d ed.) (update Apr. 2026).

IT IS SO ORDERED this 17th day of November 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE